UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUSSIE BELLE TARRANT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:10-cv-1204 ) Judge Trauger ) ) |
| NORTHLAND GROUP, INC., | ) ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 15) is **GRANTED**, and this case is **DISMISSED**.

Entry of this order shall constitute the judgment in this case.

It is so ordered.

Enter this 18th day of January 2012.

_____
ALETA A. TRAUGER
United States District Judge

1